IN THE COURT OF CRIMINAL APPEALS


OF TEXAS







NO. PD-1613-07






ROBERT WALKER FISCHER, Appellant



v.



 THE STATE OF TEXAS






ON DISCRETIONARY REVIEW OF


CASE 04-05-00834-CR OF THE FOURTH COURT OF APPEALS,


BEXAR COUNTY






 Womack, J., filed a concurring opinion, in which Meyers, J., joined.



 It seems to me that evidence of the appellant's access to the murder weapon was a
relevant fact of this offense, and that analyzing it as evidence of an "extraneous offense"
is unnecessary. The Court disagrees; see ante at 7 n. 7. Therefore I concur only in its
judgment.


Filed October 29, 2008.

Publish.